B1 (Official Form 1) (4/10)

# United States Bankruptcy Court
## Southern District of New York

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**BARTIZAN CONNECTS, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): **20-2045089** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN(if more than one, state all): |
| Street Address of Debtor (No. & Street, City, and State):<br>**217 RIVERDALE AVENUE**<br>**YONKERS, NY**<br>ZIP CODE **11705** | Street Address of Joint Debtor (No. & Street, City, and State):<br>ZIP CODE |
| County of Residence or of the Principal Place of Business:<br>**WESTCHESTER** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>ZIP CODE | Mailing Address of Joint Debtor (if different from street address):<br>ZIP CODE |
| Location of Principal Assets of Business Debtor (if different from street address above): | ZIP CODE |

### Type of Debtor
(Form of Organization)
(Check one box.)

- ☐ Individual (includes Joint Debtors)<br>*See Exhibit D on page 2 of this form.*
- ☑ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

### Nature of Business
(Check one box)

- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101(51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☑ Other

#### Tax-Exempt Entity
(Check box, if applicable)

- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code.)

### Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)

- ☐ Chapter 7
- ☐ Chapter 9
- ☑ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

### Nature of Debts
(Check one box)

- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ☑ Debts are primarily business debts.

### Filing Fee (Check one box)

- ☑ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b) See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

### Chapter 11 Debtors

**Check one box:**
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☑ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

**Check if:**
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 (*amount subject to adjustment on 4/01/13 and every three years thereafter*).

**Check all applicable boxes**
- ☐ A plan is being filed with this petition
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

### Statistical/Administrative Information

- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☑ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

**THIS SPACE IS FOR COURT USE ONLY**

#### Estimated Number of Creditors

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | Over 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

#### Estimated Assets

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

#### Estimated Liabilities

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☑ | ☐ | ☐ | ☐ | ☐ | ☐ |

| Voluntary Petition<br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**BARTIZAN CONNECTS, LLC** |
|---|---|

| All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet.) | | |
|---|---|---|
| Location<br>Where Filed:   **NONE** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| Pending Bankruptcy Case Filed by any Spouse, Partner or Affiliate of this Debtor (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**NONE** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| Exhibit A<br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐   Exhibit A is attached and made a part of this petition. | Exhibit B<br>(To be completed if debtor is an individual whose debts are primarily consumer debts)<br><br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I have delivered to the debtor the notice required by 11 U.S.C. § 342(b).<br><br>**X   Not Applicable** _____<br>     Signature of Attorney for Debtor(s)          Date |
|---|---|

| Exhibit C |
|---|
| Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?<br>☐   Yes, and Exhibit C is attached and made a part of this petition.<br>☒   No |

| Exhibit D |
|---|
| (To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)<br><br>☐   Exhibit D completed and signed by the debtor is attached and made a part of this petition.<br><br>If this is a joint petition:<br><br>☐   Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition. |

| Information Regarding the Debtor - Venue<br>(Check any applicable box) |
|---|
| ☒   Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.<br><br>☐   There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.<br><br>☐   Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District. |

| Certification by a Debtor Who Resides as a Tenant of Residential Property<br>(Check all applicable boxes.) |
|---|
| ☐   Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following).<br><br>_____<br>(Name of landlord that obtained judgment)<br><br>_____<br>(Address of landlord)<br><br>☐   Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and<br><br>☐   Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.<br><br>☐   Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)). |

**(Official Form 1) (4/10)**

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | BARTIZAN CONNECTS, LLC |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.

[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12 or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.

[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **Not Applicable**
  Signature of Debtor

X **Not Applicable**
  Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of Title 11, United States Code. Certified Copies of the documents required by § 1515 of title 11 are attached.

☐ Pursuant to 11 U.S.C. § 1511, I request relief in accordance with the Chapter of title 11 specified in the petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X **Not Applicable**
  (Signature of Foreign Representative)

_____
(Printed Name of Foreign Representative)

_____
Date

### Signature of Attorney

X _~~Robert R. Leinwand~~ (signature)___
  Signature of Attorney for Debtor(s)

**ROBERT R. LEINWAND**  Bar No.
Printed Name of Attorney for Debtor(s) / Bar No.

**ROBINSON BROG LEINWAND GREENE ET AL.**
Firm Name

**875 THIRD AVENUE 9TH FLOOR**
Address

**NEW YORK, NY  10022**

**212-603-6300**
Telephone Number

**6/22/11**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests the relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _~~Lewis Hoff~~ (signature)___
  Signature of Authorized Individual

**LEWIS HOFF**
Printed Name of Authorized Individual

**PRESIDENT**
Title of Authorized Individual

**6/22/11**
Date

### Signature of Non-Attorney Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

**Not Applicable**
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankruptcy petition preparer is not an individual, state the Social-Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.) (Required by 11 U.S.C. § 110.)

_____
Address

X **Not Applicable**

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social-Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual.

If more than one person prepared this document, attach to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:                                              Chapter 11

**BARTIZAN CONNECTS, LLC,**                          Case No.

                            Debtor.
------------------------------------------------------X

## CERTIFICATION OF RESOLUTION

I, the undersigned, President of **Bartizan Connects, LLC** ("Company"), do hereby

certify that the following resolutions were adopted and recorded in the Minute Book of the

Company on June 22, 2011, and they have not been modified or rescinded, and are still in

full force and effect:

> **"RESOLVED,** that in the judgment of the Company it is
> desirable and in the best interest of the Company, its creditors,
> members and other interested parties, that a petition be filed by
> the Company for relief under Chapter 11 of title 11 of the
> United States Code (the "Bankruptcy Code"); and it is further

> **"RESOLVED,** that the form of petition under Chapter
> 11 presented to this meeting is approved and adopted in all
> respects, and that Lewis Hoff, as President of the Company, is
> authorized to execute and verify a petition substantially in such
> form and to cause the same to be filed with the United States
> Bankruptcy Court for the Southern District of New York at such
> time as he shall determine; and it is further

> **"RESOLVED,** that Lewis Hoff, as President of the
> Company, is authorized to execute and file all petitions,
> reorganization schedules, lists and other papers and to take any
> and all other actions which he may deem necessary or proper in
> connection with such Chapter 11 case, and, in that connection,
> that the firm of Robinson Brog Leinwand Greene Genovese &
> Gluck P.C. be retained and employed as legal counsel for the
> Company under a general retainer, in addition to such special
> counsel as may hereafter become necessary or proper with a
> view to the successful conclusion of such Chapter 11 case."

535262

**IN WITNESS WHEREOF,** I have hereunto set my hand and seal of the Company this 22ⁿᵈ day of June, 2011.

_____

**Lewis Hoff, President**

535262

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X

In re:                                                  Chapter 11

**BARTIZAN CONNECTS, LLC**                              Case No.

                            Debtor.
------------------------------------------------------X

## AFFIDAVIT PURSUANT
## TO LOCAL RULE 1007-2

STATE OF NEW YORK      )
                       ) ss:
COUNTY OF NEW YORK )

    **Lewis Hoff**, being duly sworn, deposes and says:

    1.    I am the President of **Bartizan Connects, LLC** (the "Debtor"), and am fully familiar with the facts set forth herein.

    2.    The Debtor offers smart technology for tradeshows, including complete event management software suites, event registration, lead retrieval and data collection technology.

    3.    No pre-petition committee was organized prior to the Order for relief.

    4.    The Secured Creditors of the Debtor are as listed on Schedule D to the Petition.

    5.    A summary of the Debtor's assets and liabilities is set forth on the summary of schedules annexed to the petition.

    6.    The names and addresses of the twenty largest unsecured creditors, excluding insiders, appears on Schedule "A" to this affidavit.

    7.    All suits or proceedings in which the Debtor is named as a party are listed in the Debtor's Statement of Financial Affairs.

535345

8.    No property of the Debtor is in the possession and control of a receiver for the benefit of mortgagees and creditors.

9.    The Debtor's financial condition was precipitated by, among other things, the initiation of a lawsuit against it by **Vernon Cooper and Elliot Tropiansky.**

10.    The purpose of filing this petition is to preserve the assets of the Debtor for the benefit of the creditors and to preserve priorities of creditors.

11.    The estimated amount of Payroll due the Debtor's employees, exclusive of officers, for a period of thirty days following the filing of the petition is **$80,000.00**.

12.    Salaries currently being paid by the Debtor to the officers approximate $0.00 per month.

13.    The estimated operating expense of the Debtor for the next **thirty days** is **$157,174.00.**

## INCOME

| | | |
|---|---|---|
| **Total Estimated Income:** | $ | **193,000.00** |


### *Priority Payables*

| | | |
|---|---|---|
| Leases | $ | 4,549.00 |
| Bartizan Connects Payroll | | 80,000.00 |
| Bartizan Corp. Payroll | | 16,000.00 |
| EE 401K withholdings | | 3,200.00 |
| **Leases & Payroll** | $ | **103,749.00** |


### *Operating Expenses*

| | | |
|---|---|---|
| Accounting Fees | $ | 1,200.00 |
| Legal Fees | | 5,000.00 |
| Consulting Fees-Other | | 6,200.00 |
| Software Consulting | | 7,000.00 |

2

535345

| | | |
|---|---|---|
| Credit Card Fees | | 2,200.00 |
| Dues & Subscriptions | | 750.00 |
| Insurance Expense | | 8,400.00 |
| Marketing | | 5,800.00 |
| Miscellaneous | | 100.00 |
| Office Equipment & Supplies | | 1,400.00 |
| Postage (Endicia, Fedex & UPS) | | 200.00 |
| Research & Development | | 300.00 |
| Repairs & Maintenance | | 500.00 |
| Telephone Office (lightpath, AT&T, etc.) | | 8,500.00 |
| Web Hosting | | 1,300.00 |
| Travel & Entertainment | | 1,800.00 |
| Utilities (Con Ed) | | 2,775.00 |
| **Total Oper. Expenses** | $ | **53,425.00** |

**TOTAL EXPENSES:**   $   **157,174.00**

14.  The Debtor has made no public offering of its securities and no securities issued by the Debtor are publicly held.

*Lewis C. Hoff*
**LEWIS HOFF, President**

Sworn to before me this
22nd day of June, 2011

*Patrice Ann Palmere*
**Notary Public**



3

535345

# United States Bankruptcy Court
## Southern District of New York

In re BARTIZAN CONNECTS, LLC _____ ,   Case No. _____

Debtor                                    Chapter **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| HUDSON VALLEY TECHNOLOGY DEV. CTR<br>1450 ROUTE 300, SUITE 1<br>NEWBURGH, NY 12550 | | | | $63,437.00 |
| LEWIS C. HOFF<br>525 EAST 86TH STREET<br>NEW YORK, NY 10028 | | | | $30,839.43 |
| MITRA INTERNATIONAL<br>145 HAROLD ROAD<br>WOODMERE, NY 11598 | | | | $28,530.41 |
| M GROUP CONSULTING, LLC<br>222 BLOOMINGDALE ROAD, STE 400<br>WHITE PLAINS, NY 10605 | | | | $19,745.00 |
| ELIZABETH MAZEI<br>145 HAROLD ROAD<br>WOODMERE, NY 11598 | | | | $13,507.74 |
| ANDREW GREENE & ASSOCIATES, P.C.<br>202 MAMARONECK AVENUE<br>WHITE PLAINS, NY 10605 | | | | $10,976.00 |

B4 (Official Form 4) (12/07)4 -Cont.

In re  BARTIZAN CONNECTS, LLC _____,  Case No. _____

                               Debtor             Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5) Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| METLIFE PO BOX 371487 PITTSBURGH, PA | | | | $6,694.00 |
| AXIS GLOBAL SYSTEMS PO BOX 5676 HICKSVILLE, NY 11802 | | | | $3,215.84 |
| DATA CAPTURE SOLUTIONS PO BOX 5008 NEW BRITAIN, CT 06050 | | | | $601.09 |
| FEDEX PO BOX 371461 PITTSBURGH, PA 15250 | | | | $842.40 |
| TEMTEC, INC. 36378 TREASURY CENTER CHICAGO, IL 60694 | | | | $1,429.75 |
| SPRINT PO BOX 105243 ATLANTA, GA 30348 | | | | $581.09 |

In re  BARTIZAN CONNECTS, LLC _____ ,  Case No. _____

                             Debtor               Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br>Name of creditor and complete mailing address including zip code | (2)<br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| ULINE<br>220 S. LAKESIDE DR.<br>WAUKEGAN, IL 60085 | | | | $553.75 |
| OFFICE DEPOT<br>PO BOX 633211<br>CINCINNATI, OH 45263 | | | | $216.68 |
| FILTERFRESH OF WESTCHESTER<br>382 ROUTE 59 STE 324<br>MONSEY, NY 10592 | | | | $195.35 |
| BUTLER STAPLE COMPANY<br>241 NORTH ROAD<br>BUTLER, PA 16011 | | | | $129.19 |
| PORTACOM<br>350 NORTH KELLEY ROAD<br>PRINCETOWN, NY 12306 | | | DISPUTED | $297,341.00 |
| JULBRASS<br>217 RIVERDALE AVENUE<br>YONKERS, NY 10705 | | | | $80,164.00 |

In re **BARTIZAN CONNECTS, LLC** _____, Case No. _____

                         Debtor                      Chapter  **11** _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1)<br><br>Name of creditor and complete mailing address including zip code | (2)<br><br>Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3)<br><br>Nature of claim (trade debt, bank loan, government contract, etc.) | (4)<br><br>Indicate if claim is contingent, unliquidated, disputed or subject to setoff | (5)<br><br>Amount of claim [if secured also state value of security] |
|---|---|---|---|---|
| POP LABS, INC.<br>C/O MATTHEW SWIFT<br>JOHNSON, TRENT, WEST &<br>TAYLOR<br>919 MILAM, SUITE 1700<br>HOUSTON, TX 77002 | | | DISPUTED | $8,999.70 |
| INSPERITY<br>19001 CRESECENT SPRING DRIVE<br>KINGWOOD, TX  77339 | | | | $80,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, LEWIS HOFF, PRESIDENT of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date:   6/22/11                 Signature:   /s/ Lewis Hoff _____

                                      **LEWIS HOFF ,PRESIDENT** _____
                                      (Print Name and Title)

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

Official Form 4) (12/07)4 -Cont.

re BARTIZAN CONNECTS, LLC _____  Case No. _____

                    Debtor                     Chapter  11

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

| (1) | (2) | (3) | (4) | (5) |
|---|---|---|---|---|
| e of creditor complete ng address ding zip | Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | Nature of claim (trade debt, bank loan, government contract, etc.) | Indicate if claim is contingent, unliquidated, disputed or subject to setoff | Amount of claim [if secured also state value of security] |
| LABS, INC. MATTHEW SWIFT NSON, TRENT, WEST & LOR MILAM, SUITE 1700 JSTON, TX 77002 | | | DISPUTED | $8,999.70 |
| PERITY 01 CRESECENT SPRING DRIVE GWOOD, TX 77339 | | | | $80,000.00 |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

LEWIS HOFF, PRESIDENT of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and hat it is true and correct to the best of my information and belief.

ate: _6/22/12_        Signature: _Lewis Hoff_

                     LEWIS HOFF ,PRESIDENT
                     (Print Name and Title)

nalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

## United States Bankruptcy Court
## Southern District of New York

In re **BARTIZAN CONNECTS, LLC** _____,  Case No. _____

Debtor  Chapter __11__ _____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors also must complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | YES | 1 | $ 0.00 | | |
| B - Personal Property | YES | 3 | $ 605,740.00 | | |
| C - Property Claimed as Exempt | NO | | | | |
| D - Creditors Holding Secured Claims | YES | 1 | | $ 29,697.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | YES | 2 | | $ 0.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | YES | 6 | | $ 647,999.42 | |
| G - Executory Contracts and Unexpired Leases | YES | 1 | | | |
| H - Codebtors | YES | 1 | | | |
| I - Current Income of Individual Debtor(s) | NO | 0 | | | $ |
| J - Current Expenditures of Individual Debtor(s) | NO | 0 | | | $ |
| TOTAL | | 15 | $ 605,740.00 | $ 677,696.42 | |

In re:  **BARTIZAN CONNECTS, LLC**                                    Case No. _____
                                                                                    (If known)
                          **Debtor**

# SCHEDULE A - REAL PROPERTY

| DESCRIPTION AND LOCATION OF PROPERTY | NATURE OF DEBTOR'S INTEREST IN PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION | AMOUNT OF SECURED CLAIM |
|---|---|---|---|---|
| **NONE** | | | | |
| | | Total ➤ | 0.00 | |

(Report also on Summary of Schedules.)

In re  **BARTIZAN CONNECTS, LLC** _____,

Case No. _____

Debtor

(If known)

# SCHEDULE B - PERSONAL PROPERTY

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 1. Cash on hand | X | | | |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **HUDSON VALLEY BANK 61 S BROADWAY YONKERS, NY 10701 ACCT # 0324261701** | | 133,295.00 |
| Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | **HUDSON VALLEY BANK 61 S BROADWAY YONKERS, NY 10701 ACCT # 0324337001** | | 216.00 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6. Wearing apparel. | X | | | |
| 7. Furs and jewelry. | X | | | |
| 8. Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | | | 261,196.00 |

In re  **BARTIZAN CONNECTS, LLC** _____,     Case No. _____
                                    Debtor                                                      (if known)

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITH-OUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | FURNITURE, COMPUTER EQUIPMENT | | 50,980.00 |
| 29. Machinery, fixtures, equipment and supplies used in business. | | EQUIPMENT | | 160,053.00 |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

In re  **BARTIZAN CONNECTS, LLC** _____     Case No. _____

Debtor                                              (If known)

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| TYPE OF PROPERTY | NONE | DESCRIPTION AND LOCATION OF PROPERTY | HUSBAND, WIFE, JOINT OR COMMUNITY | CURRENT VALUE OF DEBTOR'S INTEREST IN PROPERTY, WITHOUT DEDUCTING ANY SECURED CLAIM OR EXEMPTION |
|---|---|---|---|---|
| | | 2    continuation sheets attached | Total ➤ | $ 605,740.00 |

(Include amounts from any continuation sheets<br>attached. Report total also on Summary of<br>Schedules.)

In re    **BARTIZAN CONNECTS, LLC** _____,       Case No. _____
                              **Debtor**                                             **(If known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

❑     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE AND AN ACCOUNT NUMBER (See Instructions, Above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.   **BARTIZON 15** <br><br> **M-CORE CREDIT CORPORATION** <br> **21 PAR ROAD** <br> **MONTEBELLO, NY 10901** | X | | **LEASED BAR CODE SCANNING EQUIPMENT** <br><br> **VALUE $105,767.00** | | | | 29,697.00 | 0.00 |

<u>0</u>     continuation sheets
attached

                                Subtotal  ➤
                                (Total of this page)

                                Total  ➤
                                (Use only on last page)

| | |
|---|---|
| $     29,697.00 | $     0.00 |
| $     29,697.00 | $     0.00 |

(Report also on Summary of Schedules)    (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data.)

B6E (Official Form 6E) (4/10)

In re  **BARTIZAN CONNECTS, LLC** _____     Case No. _____
                                    Debtor                                                    (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

❑  Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets.)

❑  **Domestic Support Obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

❑  **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

❑  **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

❑  **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

❑  **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

❑  **Deposits by individuals**

Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑  **Taxes and Certain Other Debts Owed to Governmental Units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

❑  **Commitments to Maintain the Capital of an Insured Depository Institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

❑  **Claims for Death or Personal Injury While Debtor Was Intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

<u>1</u>  continuation sheets attached

In re    **BARTIZAN CONNECTS, LLC**          Case No. _____

                           Debtor                           (If known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Type of Priority:  Taxes and Certain Other Debts Owed to Governmental Units**

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>**INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101** | | | | | | | 0.00 | 0.00 | $0.00 |
| ACCOUNT NO.<br><br>**NEW YORK STATE DEPARTMENT OF FINANC<br>BANKRUPTCY/SPECIAL PROCEDURES SECT<br>P.O. BOX 5300<br>ALBANY, NY 12205-0300** | | | | | | | 0.00 | 0.00 | $0.00 |

Sheet no. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | | |
|---|---|---|---|
| Subtotals►<br>(Totals of this page) | $ 0.00 | $ 0.00 | $ 0.00 |
| Total ►<br>(Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 0.00 | | |
| Total ►<br>(Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 0.00 | $ 0.00 |

In re    BARTIZAN CONNECTS, LLC                Case No. _____
                              **Debtor**                                         **(If known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

☐    Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (*See instructions above.*) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>AMERICAN EXPRESS<br>PO BOX 36001<br>FORT LAUDERDALE, FL 33336 | X | | | | | | 0.00 |
| ACCOUNT NO.<br><br>ANDREW GREENE & ASSOCIATES, P.C.<br>202 MAMARONECK AVENUE<br>WHITE PLAINS, NY 10605 | | | | | | | 10,976.00 |
| ACCOUNT NO.<br><br>AT&T MOBILITY<br>PO BOX 6463<br>CAROL STREAM, IL 60197 | | | | | | | 0.00 |
| ACCOUNT NO.<br><br>ATLANTIC A PROGRAM OF DE LAGE LANDEN FINANCIAL SERVICES<br>PO BOX 41602<br>PHILADELPHIA, PA 19101 | X | | | | | | 0.00 |
| ACCOUNT NO.<br><br>AXIS GLOBAL SYSTEMS<br>PO BOX 5676<br>HICKSVILLE, NY 11802 | | | | | | | 3,215.84 |

_5_   Continuation sheets attached

Subtotal  >  $            14,191.84

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re  **BARTIZAN CONNECTS, LLC** _____

Case No. _____

Debtor                                                 (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 0.00 |
| BROKEN MEDIA LLC PO BOX 358143 GAINESVILLE, FL 32635 | | | | | | | |
| ACCOUNT NO. | | | | | | | 129.19 |
| BUTLER STAPLE COMPANY 241 NORTH ROAD BUTLER, PA 16011 | | | | | | | |
| ACCOUNT NO. | | | | | | | 601.09 |
| DATA CAPTURE SOLUTIONS PO BOX 5008 NEW BRITAIN, CT 06050 | | | | | | | |
| ACCOUNT NO. | X | | | | | | 0.00 |
| DINERS CLUB PO BOX 6003 THE LAKES | | | | | | | |
| ACCOUNT NO. | | | | | | | 13,507.74 |
| ELIZABETH MAZEI 145 HAROLD ROAD WOODMERE, NY 11598 | | | | | | | |

Sheet no. 1 of 5 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal > $ 14,238.02

Total > $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re BARTIZAN CONNECTS, LLC
                                                    Case No. _____
                              Debtor                              (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO.<br><br>ELLIOT TROPIANSKY<br>350 NORTH KELLEY ROAD<br>PRINCETOWN, NY 12306 | | | | | | X | UNKNOWN |
| ACCOUNT NO.<br><br>FEDEX<br>PO BOX 371461<br>PITTSBURGH, PA 15250 | | | | | | | 842.40 |
| ACCOUNT NO.<br><br>FILTERFRESH OF WESTCHESTER<br>382 ROUTE 59 STE 324<br>MONSEY, NY 10592 | | | | | | | 195.35 |
| ACCOUNT NO.<br><br>HUDSON VALLEY TECHNOLOGY DEV. CTR<br>1450 ROUTE 300, SUITE 1<br>NEWBURGH, NY 12550 | | | | | | | 63,437.00 |
| ACCOUNT NO.<br><br>INSPERITY<br>19001 CRESECENT SPRING DRIVE<br>KINGWOOD, TX 77339 | | | 06/01/2011 | | | | 80,000.00 |

Sheet no. 2 of 5 continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal  >  $ 144,474.75

Total  >  $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re    **BARTIZAN CONNECTS, LLC**             Case No. _____

                               Debtor                                     (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **JULBRASS** <br> **217 RIVERDALE AVENUE** <br> **YONKERS, NY 10705** | | | | | | | 80,164.00 |
| ACCOUNT NO. <br><br> **LEWIS C. HOFF** <br> **525 EAST 86TH STREET** <br> **NEW YORK, NY 10028** | | | | | | | 30,839.43 |
| ACCOUNT NO. <br><br> **M GROUP CONSULTING, LLC** <br> **222 BLOOMINGDALE ROAD, STE 400** <br> **WHITE PLAINS, NY 10605** | | | | | | | 19,745.00 |
| ACCOUNT NO.   **956618789A** <br><br> **METLIFE** <br> **PO BOX 371487** <br> **PITTSBURGH, PA** | | | | | | | 6,694.00 |
| ACCOUNT NO. <br><br> **MITRA INTERNATIONAL** <br> **145 HAROLD ROAD** <br> **WOODMERE, NY 11598** | | | | | | | 28,530.41 |

Sheet no. _3_ of _5_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal ➤   $      165,972.84

Total ➤   $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    **BARTIZAN CONNECTS, LLC** _____    Case No. _____
                          Debtor                                    (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. | | | | | | | 216.68 |
| OFFICE DEPOT PO BOX 633211 CINCINNATI, OH 45263 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 8,999.70 |
| POP LABS, INC. C/O MATTHEW SWIFT JOHNSON, TRENT, WEST & TAYLOR 919 MILAM, SUITE 1700 HOUSTON, TX 77002 | | | | | | | |
| ACCOUNT NO. | | | | | | X | 297,341.00 |
| PORTACOM 350 NORTH KELLEY ROAD PRINCETOWN, NY 12306 | | | | | | | |
| ACCOUNT NO. | | | | | | | 0.00 |
| SCANSOURCE 24263 NETWORK PLACE CHICAGO, IL 606073 | | | | | | | |
| ACCOUNT NO. | | | | | | | 581.09 |
| SPRINT PO BOX 105243 ATLANTA, GA 30348 | | | | | | | |

Sheet no. _4_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ $                  307,138.47

Total ➤ $

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

B6F (Official Form 6F) (12/07) - Cont.

In re    BARTIZAN CONNECTS, LLC                                    Case No. _____
                                              Debtor                        (If known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br><br> **TEMTEC, INC.** <br> **36378 TREASURY CENTER** <br> **CHICAGO, IL 60694** | | | | | | | 1,429.75 |
| ACCOUNT NO. <br><br> **ULINE** <br> **220 S. LAKESIDE DR.** <br> **WAUKEGAN, IL 60085** | | | | | | | 553.75 |
| ACCOUNT NO. <br><br> **UPS SUPPLY CHAIN SOLUTIONS** <br> **PO BOX 7247** <br> **PHILADELPHIA, PA 19170** | | | | | | | 0.00 |
| ACCOUNT NO.   **000797408197039Y** <br><br> **VERIZON** <br> **PO BOX 15026** <br> **ALBANY, NY 12212** | | | | | | | 0.00 |
| ACCOUNT NO. <br><br> **VERNON COOPER** <br> **350 NORTH KELLEY ROAD** <br> **PRINCETOWN, NY 12306** | | | | | | X | UNKNOWN |

Sheet no. _5_ of _5_ continuation sheets attached to Schedule of Creditors
Holding Unsecured
Nonpriority Claims

Subtotal ➤ | $ | 1,983.50

Total ➤ | $ | 647,999.42

(Use only on last page of the completed Schedule F.)
(Report also on Summary of Schedules and, if applicable on the Statistical
Summary of Certain Liabilities and Related Data.)

In re: BARTIZAN CONNECTS, LLC       Case No. _____
                        Debtor                                     (if known)

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

☐ Check this box if debtor has no executory contracts or unexpired leases.

| NAME AND MAILING ADDRESS, INCLUDING ZIP CODE, OF OTHER PARTIES TO LEASE OR CONTRACT. | DESCRIPTION OF CONTRACT OR LEASE AND NATURE OF DEBTOR'S INTEREST, STATE WHETHER LEASE IS FOR NONRESIDENTIAL REAL PROPERTY. STATE CONTRACT NUMBER OF ANY GOVERNMENT CONTRACT. |
|---|---|
| ATLANTIC A PROGRAM OF DE LAGE LANDEN FINANCIAL SERVICES PO BOX 41602 PHILADELPHIA, PA | COPIER LEASE |
| M-CORE CREDIT CORPORATION 21 PAR ROAD MONTEBELLO, NY 10901 | EQUIPMENT FINANCING |

In re: BARTIZAN CONNECTS, LLC            Case No. _____
                             Debtor                                       (if known)

# SCHEDULE H - CODEBTORS

☐ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| LEWIS HOFF<br>217 RIVERDALE AVENUE<br>YONKERS, NY 10705 | AMERICAN EXPRESS<br>PO BOX 36001<br>FORT LAUDERDALE, FL. 33336 |
| LEWIS HOFF<br>217 RIVERDALE AVENUE<br>YONKERS, NY 10705 | ATLANTIC A PROGRAM OF DE LAGE<br>LANDEN FINANCIAL SERVICES<br>PO BOX 41602<br>PHILADELPHIA, PA 19101 |
| LEWIS HOFF<br>217 RIVERDALE AVENUE<br>YONKERS, NY 10705 | DINERS CLUB<br>PO BOX 6003<br>THE LAKES |
| LEWIS HOFF<br>217 RIVERDALE AVE<br>YONKER, NY 10705 | M-CORE CREDIT CORPORATION<br>21 PAR ROAD<br>MONTEBELLO, NY 10901 |

B6 Declaration (Official Form 6 - Declaration) (12/07)

In re  **BARTIZAN CONNECTS, LLC** _____          Case No. _____
                                   Debtor                                        (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I LEWIS HOFF, the **PRESIDENT** of the **Corporation** named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of  17 _____ sheets (*Total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief.

Date ____ 6/22/11 _____          Signature: _____*Lewis Hoff*_____

                                              **LEWIS HOFF PRESIDENT** _____
                                              [Print or type name of individual signing on behalf of debtor.]

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

---

*Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.*

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: **BARTIZAN CONNECTS, LLC** _____,   Case No. _____

Debtor                                             (If known)

# STATEMENT OF FINANCIAL AFFAIRS

### 1.   Income from employment or operation of business

None  
☐

State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|
| 2,219,186.00 | GROSS REVENUES | 01/01/09-12/31/09 |
| 2,181,795.00 | GROSS REVENUES | 01/01/10-12/31/10 |
| 1,237,058.00 | GROSS REVENUES | 01/01/11-6/13/11 |

### 2.   Income other than from employment or operation of business

None  
☑

State the amount of income received by the debtor other than from employment, trade, profession, operation of the debtor's business during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE | FISCAL YEAR PERIOD |
|---|---|---|

### 3.   Payments to creditors

**Complete a. or b., as appropriate, and c.**

None  
☐

a. *Individual or joint debtor(s) with primarily consumer debts:* List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|
| **M-CORE CREDIT CORPORATION 21 PAR ROAD MONTEBELLO, NY 10901** | 3/15, 4/15, 5/15 | 3,462.00 | 32,840.00 |

None ☑ b. *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $5,850*. If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF PAYMENTS/ TRANSFERS | AMOUNT PAID OR VALUE OF TRANSFERS | AMOUNT STILL OWING |
|---|---|---|---|

*Amount subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

None ☑ c. *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL OWING |
|---|---|---|---|

## 4. Suits and administrative proceedings, executions, garnishments and attachments

None ☐ a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT AND CASE NUMBER | NATURE OF PROCEEDING | COURT OR AGENCY AND LOCATION | STATUS OR DISPOSITION |
|---|---|---|---|
| VERNON COOPER & ELLIOT TROPIANSKY, INDIVIDUALLY AND AS ASSIGNEES OF PORTA COM COMPANY, LTD. V. LEWIS HOFF, BARTIZAN DATA SYSTEMS, LLC, BARTIZAN CONNECTS, LLC AND BARTIZAN CORPORATION 5655/09 | CONTRACT DISPUTE | SUPREME COURT WESTCHESTER | PENDING |

None ☑ b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 5. Repossessions, foreclosures and returns

None ☑ List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 6. Assignments and receiverships

None ☑ a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
|---|---|---|

None ☑ b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND ADDRESS OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|---|

## 7. Gifts

None ☑ List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
|---|---|---|---|

## 8. Losses

None ☑ List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case**. (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
|---|---|---|

## 9. Payments related to debt counseling or bankruptcy

None ☑

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of a petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYOR IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

## 10. Other transfers

None ☑

a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ☑

b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR' INTEREST IN PROPERTY |
|---|---|---|

## 11. Closed financial accounts

None ☑

List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|

## 12. Safe deposit boxes

None ☑

List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

## 13. Setoffs

None ☑

List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

## 14. Property held for another person

None ☑

List all property owned by another person that the debtor holds or controls.

| NAME AND ADDRESS OF OWNER | DESCRIPTION AND VALUE OF PROPERTY | LOCATION OF PROPERTY |
|---|---|---|

## 15. Prior address of debtor

None ☑

If debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate address of either spouse.

| ADDRESS | NAME USED | DATES OF OCCUPANCY |
|---|---|---|

## 16. Spouses and Former Spouses

None ☑

If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state.

NAME

## 17. Environmental Information.

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state or local statute or regulation regulating pollution, contamination, releases of hazardous or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to, statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material, pollutant, or contaminant or similar term under an Environmental Law.

None ☑

a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known, the Environmental Law.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
|---|---|---|---|

None ☑ b.    List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

| SITE NAME AND ADDRESS | NAME AND ADDRESS OF GOVERNMENTAL UNIT | DATE OF NOTICE | ENVIRONMENTAL LAW |
| --- | --- | --- | --- |

None ☑ c.    List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which the debtor is or was a party.  Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the docket number.

| NAME AND ADDRESS OF GOVERNMENTAL UNIT | DOCKET NUMBER | STATUS OR DISPOSITION |
| --- | --- | --- |

## 18.  Nature, location and name of business

None ☐ a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within the **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership,* list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within the **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses,  taxpayer identification numbers, nature of the business, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within the **six years** immediately preceding the  commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |
| BARTIZAN CONNECTS, LLC | 20-2045089 | 210 RIVERDALE AVENUE YONKERS, NY 10705 | DATA CAPTURE DEVICES | 12/20/2005 |

None ☑ b.    Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

## 19.  Books, records and financial statements

None ☐ a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |
| EVELYN CAMPANA 217 RIVERDALE AVENUE YONKERS, NY  10705 | 2005-CURRENT |

None ☐  b. List all firms or individuals who within **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
|---|---|---|
| MAIER, MARKEY & JUSTIC<br>222 BLOOMINGDALE ROAD<br>WHITE PLAINS, NY 10605 | | 2004-CURRENT |

None ☑  c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
|---|---|

None ☑  d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
|---|---|

## 20. Inventories

None ☑  a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ☑  b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

## 21. Current Partners, Officers, Directors and Shareholders

None ☑  a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ☐  b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|
| AYMAN AHMED<br>88 BLENHEIM COURT<br>YORKTOWN HEIGHTS, NY 10598 | SENIOR VICE PRESIDENT | 10 |
| ELIZABETH MAZEI<br>145 HAROLD RAOD<br>WOODMERE, NY 11598 | EXECUTIVE V.P | 25 |
| LEWIS C. HOFF<br>525 E. 86TH ST<br>APT. 15A<br>NEW YORK, NY 10028 | MANAGING MEMBER | 65 |

## 22. Former partners, officers, directors and shareholders

None ☑ a. If the debtor is a partnership, list each member who withdrew from the partnership within one year immediately preceding the commencement of this case.

NAME                    ADDRESS                    DATE OF WITHDRAWAL

None ☑ b. If the debtor is a corporation, list all officers or directors whose relationship with the corporation terminated within one year immediately preceding the commencement of this case.

NAME AND ADDRESS              TITLE              DATE OF TERMINATION

## 23. Withdrawals from a partnership or distributions by a corporation

None ☑ If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during one year immediately preceding the commencement of this case.

NAME & ADDRESS
OF RECIPIENT,                    DATE AND PURPOSE          AMOUNT OF MONEY
RELATIONSHIP TO DEBTOR          OF WITHDRAWAL             OR DESCRIPTION
                                                          AND VALUE OF PROPERTY

## 24. Tax Consolidation Group.

None ☑ If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within six years immediately preceding the commencement of the case.

NAME OF PARENT CORPORATION          TAXPAYER IDENTIFICATION NUMBER (EIN)

## 25. Pension Funds.

None ☑ If the debtor is not an individual, list the name and federal taxpayer identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within six years immediately preceding the commencement of the case.

NAME OF PENSION FUND          TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

[If completed on behalf of a partnership or corporation]

I, declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date   6/22/11          Signature  _Lewis Hoff_

LEWIS HOFF, PRESIDENT
Print Name and Title

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

_____ continuation sheets attached

Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. § 152 and 3571.

# United States Bankruptcy Court
## Southern District of New York

In re  **BARTIZAN CONNECTS, LLC**                    Case No.

     Debtor.                                              Chapter    **11**

## STATEMENT OF CORPORATE OWNERSHIP

Comes now **BARTIZAN CONNECTS, LLC** (the "Debtor") and pursuant to Fed. R. Bankr. P. 1007(a) and 7007.1 state as follows:

_____ All corporations that directly or indirectly own 10% or more of any class of the corporation's equity interests are listed below:

**Owner**                                          **% of Shares Owned**

**None**

OR,

   **X**   There are no entities to report.

By: _____

**ROBERT R. LEINWAND**
Signature of Attorney

Counsel for    **BARTIZAN CONNECTS, LLC**

Bar no.:

Address.:    **ROBINSON BROG LEINWAND GREENE ET AL.**
**875 THIRD AVENUE**
**9TH FLOOR**
**NEW YORK, NY**
**10022**

Telephone No.: **212-603-6300**

Fax No.:

E-mail address: **RRL@ROBINSONBROG.COM**

**UNITED STATES BANKRUPTCY COURT**
**Southern District of New York**

In re:     **BARTIZAN CONNECTS, LLC** _____      Case No. _____

_____      Chapter     **11** _____

Debtor

# DISCLOSURE OF COMPENSATION OF ATTORNEY
# FOR DEBTOR

1. Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor(s)
   and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be
   paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in
   connection with the bankruptcy case is as follows:

| | | |
|---|---|---:|
| For legal services, I have agreed to accept | $ | 26,039.00 |
| Prior to the filing of this statement I have received | $ | 26,039.00 |
| Balance Due | $ | 0.00 |

2. The source of compensation paid to me was:

   ☑ Debtor          ☐ Other (specify)

3. The source of compensation to be paid to me is:

   ☑ Debtor          ☐ Other (specify)

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates
      of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of
      my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation, is
      attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case,
   including:

   a) Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file
      a petition in bankruptcy;

   b) Preparation and filing of any petition, schedules, statement of affairs, and plan which may be required;

   c) Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;

   d) Representation of the debtor in adversary proceedings and other contested bankruptcy matters;

   e) [Other provisions as needed]
      **None**

6. By agreement with the debtor(s) the above disclosed fee does not include the following services:

   **None**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for
representation of the debtor(s) in this bankruptcy proceeding.

Dated: _____6/22/11_____          _____

**ROBERT R. LEINWAND, Bar No.**

**ROBINSON BROG LEINWAND GREENE ET AL.**
Attorney for Debtor(s)

---

In re: **BARTIZAN CONNECTS, LLC**                                                           Case No.

# List of Equity Security Holders

| REGISTERED NAME OF HOLDER OF SECURITY LAST KNOWN ADDRESS OR PLACE OF BUSINESS | CLASS OF SECURITY | NUMBER REGISTERED | KIND OF INTEREST REGISTERED |
|---|---|---|---|
| **AYMAN AHMED** **88 BLENHEIM COURT** **YORKTOWN HEIGHTS, NY 10598** | **MEMBER INT** | 10 | |
| **ELIZABETH MAZEI** **145 HAROLD ROAD** **WOODMERE NY, 11598** | **MEMBER INT** | 25 | |
| **LEWIS C. HOFF** **525 E. 86TH STREET** **APT. 15A** **NEW YORK, NY 10028** | **MEMBER INT** | 65 | |

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, LEWIS HOFF, PRESIDENT of the Corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date: _____6/22/11_____          _____
                                        LEWIS HOFF, PRESIDENT, BARTIZAN CONNECTS,
                                        Debtor

Penalty for making a false statement or concealing property. Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

In re:  **BARTIZAN CONNECTS, LLC**

Case No._____

Chapter **11**_____

<u>Debtor</u>

# VERIFICATION OF CREDITOR MATRIX

The above named debtor(s), or debtor's attorney if applicable, do hereby certify under penalty of perjury that the attached Master Mailing List of creditors, consisting of 4 sheet(s) is complete, correct and consistent with the debtor's schedules pursuant to Local Bankruptcy Rules and I/we assume all responsibility for errors and omissions.

Dated: _____ 6/22/11 _____

Signed: _____ *[signature]* _____
LEWIS HOFF

Signed: _____ *[signature]* _____
ROBERT R. LEINWAND
Attorney for Debtor(s)
Bar no.:
ROBINSON BROG LEINWAND GREENE ET AL.
875 THIRD AVENUE
9TH FLOOR
NEW YORK, NY
10022
Telephone No.: 212-803-6300
Fax No.:
E-mail address: RRL@ROBINSONBROG.COM

```
AMERICAN EXPRESS
PO BOX 36001
FORT LAUDERDALE, FL  33336


ANDREW GREENE & ASSOCIATES, P.C.
202 MAMARONECK AVENUE
WHITE PLAINS, NY  10605


AT&T MOBILITY
PO BOX 6463
CAROL STREAM, IL 60197


ATLANTIC A PROGRAM OF DE LAGE
LANDEN FINANCIAL SERVICES
PO BOX 41602
PHILADELPHIA, PA 19101


AXIS GLOBAL SYSTEMS
PO BOX 5676
HICKSVILLE, NY  11802


BROKEN MEDIA LLC
PO BOX 358143
GAINESVILLE, FL  32635


BUTLER STAPLE COMPANY
241 NORTH ROAD
BUTLER, PA 16011


DATA CAPTURE SOLUTIONS
PO BOX 5008
NEW BRITAIN, CT  06050


DINERS CLUB
PO BOX 6003
THE LAKES
```

```
ELIZABETH MAZEI
145 HAROLD ROAD
WOODMERE, NY  11598



ELLIOT TROPIANSKY
350 NORTH KELLEY ROAD
PRINCETOWN, NY 12306



FEDEX
PO BOX  371461
PITTSBURGH, PA  15250



FILTERFRESH OF WESTCHESTER
382 ROUTE 59 STE 324
MONSEY, NY  10592



HUDSON VALLEY TECHNOLOGY DEV. CTR
1450 ROUTE 300, SUITE 1
NEWBURGH, NY 12550



INSPERITY
19001 CRESECENT SPRING DRIVE
KINGWOOD, TX  77339



INTERNAL REVENUE SERVICE
P.O. BOX 7346
PHILADELPHIA, PA 19101



JULBRASS
217 RIVERDALE AVENUE
YONKERS, NY 10705



LEWIS C. HOFF
525 EAST 86TH STREET
NEW YORK, NY  10028
```

LEWIS HOFF
217 RIVERDALE AVENUE
YONKERS, NY  10705


LEWIS HOFF
217 RIVERDALE AVE
YONKER, NY 10705


LEWIS HOFF
217 RIVERDALE AVENUE
YONKERS, NY 10705


M GROUP CONSULTING, LLC
222 BLOOMINGDALE ROAD, STE 400
WHITE PLAINS, NY  10605


M-CORE CREDIT CORPORATION
21 PAR ROAD
MONTEBELLO, NY 10901


METLIFE
PO BOX 371487
PITTSBURGH, PA


MITRA INTERNATIONAL
145 HAROLD ROAD
WOODMERE, NY  11598


NEW YORK STATE DEPARTMENT OF FINANC
BANKRUPTCY/SPECIAL PROCEDURES SECT
P.O. BOX 5300
ALBANY, NY 12205-0300


OFFICE DEPOT
PO BOX 633211
CINCINNATI,  OH 45263

```
POP LABS, INC.
C/O MATTHEW SWIFT
JOHNSON, TRENT, WEST & TAYLOR
919 MILAM, SUITE 1700
HOUSTON, TX 77002


PORTACOM
350 NORTH KELLEY ROAD
PRINCETOWN, NY 12306



SCANSOURCE
24263 NETWORK PLACE
CHICAGO, IL  606073



SPRINT
PO BOX 105243
ATLANTA, GA  30348



TEMTEC, INC.
36378 TREASURY CENTER
CHICAGO, IL 60694



ULINE
220 S. LAKESIDE DR.
WAUKEGAN, IL 60085



UPS SUPPLY CHAIN SOLUTIONS
PO BOX 7247
PHILADELPHIA, PA 19170



VERIZON
PO BOX 15026
ALBANY, NY 12212



VERNON COOPER
350 NORTH KELLEY ROAD
PRINCETOWN, NY 12306
```